UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BRIAN SMITH,<br>　　　Plaintiff | :<br>:<br>: |
| v. | :　　File No. 1:06-CV-73<br>: |
| ROBERT HOFMANN,<br>SUSAN WEHRY, VERMONT<br>DEPARTMENT OF CORRECTIONS<br>MEDICAL DEPARTMENT, LEE<br>ADJUSTMENT CENTER MEDICAL<br>DEPARTMENT, CORRECTIONS<br>CORPORATION OF AMERICA,<br>　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed October 19, 2006 (Paper 14).  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  The Motion to Dismiss filed by defendants Robert Hofmann, Susan Wehry and the Vermont Department of Corrections Medical Department (Paper 8) is GRANTED in part.  All claims against the Vermont Department of Corrections, and all claims against defendants Hofmann and Wehry in their official capacities, are DISMISSED with prejudice.

Plaintiff's Motion for Extension of Time (Paper 12) is DENIED.  All remaining claims are DISMISSED without prejudice.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 27th day of November, 2006.

              /s/ J. Garvan Murtha
              J. Garvan Murtha
              United States District Judge